Aaron J. Tolson, Esq.
TOLSON & WAYMENT, PLLC
2677 E. 17th Street, Suite 300
Ammon, Idaho, 83406
Email: ajt@aaronjtolsonlaw.com
Telephone: 208-228-5221
Fax: 208-228-5200
I.S.B. #6558

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 20-40866 |
| NELSON RICKS CHEESE COMPANY INC. | ) |
| | ) Chapter 11 (Sub-Chapter 5) |
| Debtors in Possession. | ) |

## AFFIDAVIT IN SUPPORT OF APPLICATION TO APPROVE EMPLOYMENT OF ATTORNEY

I, Aaron J. Tolson, Esq., being first duly sworn on oath, deposes and says:

1. That the Debtor herein filed a Petition under Chapter 11 of 11 USC on November 3, 2020.

2. The Debtor has expressed a desire to employ me, an attorney duly admitted to practice in this Court.

3. Nelson Ricks Cheese factory had run a successful factory in Rexburg Idaho for many years. They had an experienced owner at the helm. Due to a breakdown in his marriage, a receiver was appointed in California who refused to pay the bills of the company, resulting in a suspension of the ability of the factory to operate. A bankruptcy was required to stave off creditors and recover the moneys from the sale of the cheese that should have been paid to the milk producers and employees here in Idaho and get the factory back to operating again, instead of the attorneys in the divorce in California. Aaron J. Tolson has been selected to help in this process because he is one of the few attorneys trained and experienced in Subchapter V chapter 11 in Eastern Idaho.

1 - AFFIDAVIT IN SUPPORT OF APPLICATION TO APPROVE EMPLOYMENT OF ATTORNEY

a. To give Debtors legal advice with respect to its powers and duties under Chapter 11;

b. To take the necessary action to avoid liens as required, and assist the Debtors in performing their other statutory duties;

c. To prepare on behalf of your applicants all necessary applications, answers, orders, reports, and any other legal papers required by the Court;

d. To perform all other legal services on behalf of your Debtors herein;

e. File Motions for Use of Cash Collateral and Obtain Authority to Incur Secured Debt, when necessary; and

f. Assist the Debtor in the preparation of the Disclosure Statement and Chapter 11 Plan.

4. The arrangement for compensation is a standard one (see attached) and the debtor paid $10,000.00 up front for the bankruptcy which was used for the filing fee of $1717.00, prepetition work of $5,250.00, and the remaining amount of $3,033.00 which is held in trust. Counsel will charge $250 an hour for post petition work for which approval will be sought per the approved channels. I have also had long-standing professional relationships with Mr. Naess, Mr. Crawford and Bret Cahoon at the US Trustee's office, and Mr. Rainsdon as Subchapter V Trustee, but have never been associated with them in business or financially. I have no relationship to the accountant used by Nelson Ricks Cheese Factory.

DATED this 19th day of November, 2020.

Aaron J. Tolson
Attorney for Debtor

SUBSCRIBED AND SWORN TO before me this 19 day of November, 2020.

NOTARY PUBLIC OF IDAHO
Residing at: Idaho falls
Expires: 4-30-2023

2 - AFFIDAVIT IN SUPPORT OF APPLICATION TO APPROVE EMPLOYMENT OF ATTORNEY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 19, 2020, I filed a copy of the attached document with the Court via CM/ECF and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

Andrew Seth Jorgensen     andrew.jorgensen@usdoj.gov

Gary L Rainsdon     trustee@filertel.com, id12@ecfcbis.com;lori@filertel.com;cblackburn@filertel.com;jhancock@filertel.com

Aaron J Tolson     ajt@aaronjtolsonlaw.com

US Trustee     ustp.region18.bs.ecf@usdoj.gov

I further certify that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

| | | |
|---|---|---|
| Nelson Ricks Cheese Company Inc. 1051 N. 16th E. Sugar City ID 83448 | Beard St Clair 2105 Coronado Street Idaho Falls, ID 83404 | Intermountain Gas Company 1051 N. 16 E Rexburg, ID 83440 |
| James R. Felton 16000 Ventura Blvd. Ste 1000 Encino, CA 91436 | Lakeview Cheese col 3030 N. Lamb Blvd. Las Vegas, NV 89115-3496 | Magic Valley Quality Milk Producers c/o Timothy J. Stover PO Box 1428 Twin Falls, ID 83303-1428 |
| Noelle M. Halaby Law Office of Noelle M. Halaby 130 North Brand Blvd. 200 Glendale, CA 91203 | Peter Hermes HERMES LAW GROUP 3580 Wilshire Blvd. 1500 Los Angeles, CA 90010 | Rocky Mountain Power PO Box 26000 Portland, OR 97256 |
| Travelers PO Box 660317 Dallas, TX 75266 | William J. Glucksman 301 North Canon Dr. 306 Beverly Hills, CA 90210 | |

Aaron J. Tolson
Attorney at Law

3 - AFFIDAVIT IN SUPPORT OF APPLICATION TO APPROVE EMPLOYMENT OF ATTORNEY

# LAW OFFICE OF
# AARON J. TOLSON

Fee Agreement

Agreement between the above names hereinafter referred to as Client and Aaron J. Tolson, Attorney at Law, hereinafter referred to as Attorney.

Client retains Attorney for the above-described legal matter.

Client empowers Attorney to all things and to effect a compromise in said matter or to institute such legal actions(s) as may be advisable in his judgment, and agrees to pay for his services at the hourly rate of Two Hundred Fifty And no %00;    $250.00) per hour. Additionally, Attorney may withdraw from the Trust Account such funds as Attorney may determine and at such times as he may determine for the payment obligations of Client, including obligations owing by Client to Attorney.

Client shall pay an initial retainer of 1000.00 against which Attorney shall bill Attorney's hourly rate. Client shall pay any fees and costs in excess of the initial retainer as Attorney may request; as Ordered by the Court; or as provided in any confirmed plan. Costs and necessary disbursements are to be advanced by the Client. In the event that the Client does not pay such fees and costs as provided herein, Attorney may discontinue services, and if Attorney deems it necessary, he may seek an Order from the Court granting leave to withdraw.

In certain unusual cases, Attorney may handle a bankruptcy on a flat fee. If applicable, Client shall pay a flat fee in the sum of $_____. Such flat fee shall only constitute representation of Client through the first scheduled confirmation hearing–scheduled by the Bankruptcy Court at the time of the scheduling of the meeting creditors as provided for in 11 U.S.C. § 341, which shall included preparation of the following pleadings and attending the following hearings:

**Amendments:** If the Bankruptcy documents need amending because of any oversight or omission on Client's part, sch as adding forgotten creditors or changing the amount owed to a creditor, there will be a charge for each amendment, as well as a charge to amend all Plans for any reason.

**Conversion:** In the event that Client seeks to convert the initially filed Bankruptcy to another chapter under the Bankruptcy Code, Client agrees to pay to Attorney the unpaid balance still due and owing under the prior chapter, plus all fees for the cost of converting at Attorney's hourly rate, including the preparation of all schedules, motions and petitions. Further, Client shall pay for attendance of all additional hearings at Attorney's hourly rate.

**Reaffirmation:** If this case is a Chapter 7 action, or has been converted to a Chapter 7action, and Client wishes to reaffirm a debt in order to keep an item or items of property, Client agrees to pay Attorney at his hourly rate for the preparation of all necessary documents, including the Reaffirmation Agreement, Petition, Order and all other related forms. In addition, Client shall pay for Attorney's attendance at the Reaffirmation Hearing.

**Modifications:** If this case is a Chapter 11, 12 or 13 petition and Client desires, or it becomes necessary to seek a modification of a Confirmed Chapter 11, 12 or 13 Plan, Client agrees to pay Attorney at his hourly rate for such modifications.

**Other Work:** If it becomes necessary to do anything else in this Bankruptcy case, such as defending of filing any Motions, Complaints, or reaffirming a debt to settle a dispute, Client agrees to pay Attorney at his hourly rate for all such legal work, plus costs.

**Definition of Legal Service/Work and Costs:** For the purposes of this agreement, legal services/work shall include office conferences, telephone conferences, drafting of pleadings, documents and letters, legal research, memoranda, briefs, negotiations, reviewing documents, travel time, preparation of hearings and attendance at hearings. Costs shall consist of filing fees, service of process fees, long distance telephone charges, postage, copying, appraisals, deposition fees, witness fees, exhibit preparation, and all other necessary costs.

**Dismissal, Substitution or Withdrawal of Attorney:** In the event this case is dismissed, or Attorney is substituted or withdraws, Client agrees to pay Attorney all monies due for legal services performed by him and for all costs incurred in this case, pursuant to the terms of this agreement, as of the date this case is dismissed, or Attorney is substituted or withdraws, any unpaid attorney's fees and costs.

**Attorney's Lien:** Attorney shall have a lien on all monies or property received in settlement of this case, or recovered by judgment, decree, execution, garnishment, or by any other proceeding whatsoever.

**Acknowledgment and Consents:** Client expressly acknowledges and agrees as follows:

- To comply with all Bankruptcy Court Orders, including, by way of illustration and not limitation, the turnover of all income tax returns and refunds demanded by the Court or the trustee as will be outlined in the Income Tax Turnover Order. Client further understands that failure to comply with a Court Order will result in Client being denied a discharge, or having a previously entered discharge revoked. Further, Client understands that any failure to comply with any Court Order can result in a dismissal of your Petition and an inability to refile for 180 days.
- Client has been informed that certain debts are not dischargeable in Bankruptcy, and that Client will continue to be responsible therefore.
- Client will keep Attorney, the Court, and the Trustee informed at all times as to any change of address or telephone number.
- Failure to be truthful with regard to any information required by the Bankruptcy documents filed with the Court, or with regard to any testimony given to the Court, is unlawful and could subject Client to possible punishment.
- Attorney will be allowed o withdraw, as Client's attorney of record should Client fail to pay Attorney any sums agreed to under this agreement.
- If this proceeding is a Chapter 7, and Client is in default on a debt for which a creditor holds any of Client's property as collateral, that the creditor has a right to repossess such property, subject to the Stay, Client's right to redeem the property, and a possible reaffirmation of such debt should the creditor agree to a reaffirmation.
- If this case is a Chapter 7, Client does not have an absolute right to dismiss it once commenced. Further, if this proceeding is a Chapter 13 or 12 and Client fails to make his payments as proposed, the Court could dismiss the case, or could convert it to a Chapter 7 liquidation, even if such action is against Client's will.

**Services Not Covered:** This agreement shall not apply to appeals, or to any other legal proceedings or services outside the Bankruptcy Court. In the event such proceedings or services are sought, the parties may enter into a new agreement concerning the attorney's fees and costs attendant to such additional proceedings or services.

## 342 (b) NOTICE AND BANKRUPTCY INFORMATION

Bankruptcy is a right provided by law to people who are deeply in debt and in need of a fresh start. Bankruptcy will discharge many of your debts. You will not have to pay them, except in some cases, secured debts for the particular purpose of merchandise or debts on which you give a mortgage and put other property as collateral. The law allows you to keep some money and most types of necessary property in bankruptcy. To receive this protection it is necessary that you list all item asked for in the following questions. If you do not list an item, that item will not be protected in the bankruptcy. You must also list everyone to whom you owe money. If you leave out even one or two creditors, you may have to pay the money to that creditor or you may lose your right to bankruptcy. It also is considered a crime if you intentionally give false information of leave out information. If you have any questions about whether you can keep certain property or whether you should list a debt, write that question down and remember to ask the attorney. Preparing your bankruptcy papers properly takes a lot or time and a lot of information. We can work together on this and protect your family from great hardship and give you the new start that we would want you to have.

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury in connection with a case under this title shall be subject to fine, imprisonment, or both; and all information supplied by a debtor in connection with a case under this title is subject to examination by the Attorney General.

There are 4 chapters that typically a debtor may file under - Chapter 7, 11, 12, and 13. There is a court filing fee of $336.00 for a Chapter 7, $310.00 for a Chapter 13, $1717.00 for a Chapter 11, and $275.00 for a Chapter 12. There is a fee for each chapter also by the attorney, and although there is not one fee that fits every situation, typically a chapter 7 is the cheapest, then a chapter 13, a chapter 12, and finally a chapter 11 bankruptcy is the most expensive as to attorney fees. The aw requires me to provide you with two specific areas of information before you file bankruptcy. The first area involves what types of bankruptcies there are and what the effect of each of them is.

A Chapter 7 bankruptcy is known as the straight bankruptcy or liquidation. It requires a debtor to give up property which exceeds certain numbers called exemptions, so the property can be sold to pay creditors. A Chapter 11 bankruptcy is known as reorganization, and it is used by businesses and a few individual debtors whose debts are very large. Chapter 12 is reserved for family farmers of family fishermen. Chapter 13 is called debt adjustment. It requires a debtor to file a plan to pay debts of portions of their debts from current income. Most people filing bankruptcy will file Chapter 7 or a Chapter 13. Each type of case may be filed individually or by a married couple filing jointly. Specifically, in a Chapter 7 bankruptcy, you file a petition asking the Court to discharge your debts. The basic idea in a Chapter 7 bankruptcy is to wipe out or discharge your debts in exchange for your giving up property, except for exempt property which the law allows you to keep. In most cases, all the property will be exempt. The property that is not exempt will be sold with the money distributed to creditors. If you want to keep property like a home or a car, and are behind on the payments on the mortgage or car loan, a Chapter 7 case probably will not be the right choice for you because Chapter 7 bankruptcy does not eliminate the right of the mortgage holder or loan creditors to come and take your property to cover the debt. In a Chapter 13 case, you file a plan showing how you will pay off some of your past due and current debts over three to five years. The most important thing about a Chapter 13 case is that it will allow you to keep valuable property that might otherwise be lost is you can't make payments to your creditors. In most cases, these

payments were for a mortgage or car loan, and an extra payment to catch you up if you have fallen behind. You should consider filing a Chapter 13 Plan if you 1) own your own home and are in danger of losing it because of money problems, 2) are behind in debt payments but can catch up if given some time, 3) have valuable property which is not exempt, but you can afford to pay creditors from your income over time. You will need to have enough income in a Chapter 13 to pay for your necessities and to keep up with payments as they become due . A Chapter 11 case is rarely used by consumer debtors. If your debts are exceptionally large, advise your attorney and he can talk to you more about Chapter 11. The basic idea of available Chapter 11 bankruptcy is that your creditors get together and make a plan on how to organize and restructure your debt so you can make a portion or all of your debt payments. A Chapter 12 bankruptcy is available for family farmers or family fisherman. It has many of the same characteristics of a Chapter 13 bankruptcy, although it has some special provisions related to areas of employment.

The second major area of information that we need to give you is about the services that are available from credit counseling agencies. These agencies are approved by the Trustee's office to give you credit counseling. Their fees vary, but their services are required in order to take out bankruptcy. The services provided by counseling centers include the following:

1) A budget and action plan for your debts;
2) Educational packet about the effect of interest rates and other helpful information about debt;
3) Budget calculators that help you figure out what you can afford;
4) The certificate required for you to file bankruptcy; and
5) The credit counseling agency can negotiate with your creditors, provide lower payments on some debts, and do other things to help you avoid having to file bankruptcy.

We hope this information is helpful to you, because filing a bankruptcy is never easy and the more information and education you can get, the better you will do with the process.

If you have any questions, please do not hesitate to ask, as we would be more than glad to answer those questions.

## BANKRUPTCY INFORMATION SHEET

BANKRUPTCY LAW IS A FEDERAL LAW. THIS SHEET PROVIDES YOU WITH GENERAL INFORMATION ABOUT WHAT HAPPENS IN A BANKRUPTCY CASE. THE INFORMATION HERE IS NOT COMPLETE. YOU MAY NEED LEGAL ADVICE.

### WHEN YOU FILE BANKRUPTCY

You can choose the kind of bankruptcy that best meets your needs (provided you meet certain qualifications):

> Chapter 7 - A trustee is appointed to take over your property. Any property of value will be sold or turned into money to pay your creditors. You may be able to keep some personal items and possibly real estate depending on the law of the State where you live and applicable federal laws.
>
> Chapter 13 - You can usually keep your property, but you must earn wages or have some other source of regular income and you must agree to pay part of your income to your creditors. The court must approve your repayment plan and your budget. A trustee is appointed and will collect the payments from you, pay your creditors, and make sure you live up to the terms of your repayment plan.
>
> Chapter 12 - Like chapter 13, but it is only for family farmers and family fishermen.
>
> Chapter 11 - This is used mostly by businesses. In chapter 11, you may continue to operate you your business, but your creditors and the court must approve a plan to repay your debts. There There is no trustee unless the judge decides that one is necessary; if a trustee is appointed the trustee takes control of your business and property.

If you have already filed bankruptcy under chapter 7, you may be able to change your case to another chapter.

Your bankruptcy may be reported on your credit record for as long as ten years. It can affect your ability to receive credit in the future.

### WHAT IS A BANKRUPTCY DISCHARGE AND HOW DOES IT OPERATE?

One of the reasons people file bankruptcy is to get a "discharge." A discharge is a court order which states that you do not have to pay most of your debts. Some debts cannot be discharged. For example, you cannot discharge debts for–

- most taxes;
- child support;
- alimony;
- most student loans;
- court fines and criminal restitution; and
- personal injury caused by driving drunk or under the influence of drugs.

The discharge only applies to debts that arose before the date you filed. Also, if the judge finds that you received money or property by fraud, that debt may not be discharged.

It is important to list all your property and debts in your bankruptcy schedules. If you do not list a debt, for example, it is possible the debt will not be discharged. Tthe judge can also deny you discharge is you something dishonest in connection with your bankruptcy case, such as destroy or hide property, falsify records, or lie, or if you disobey a court order.

You can only receive a chapter 7 discharge once every eight years. Other rules may apply if you previously received a discharge in a chapter 13 case. No one can make you pay a debt that has been discharged, but you can voluntarily pay any debt you wish to pay. You do not have to sign a reaffirmation agreement (see below) or any other kind of document to do this.

Some creditors hold a secured claim (for example, the bank that holds the mortgage on your house or the loan company that has a lien on your car). You do not have to pay a secured claim if the debt is discharged, but the creditor can still take the property.

## WHAT IS A REAFFIRMATION AGREEMENT?

Even if a debt can be discharged, you may have special reasons why you want to promise to pay it. For example, you may want to work out a plan with the bank to keep your car. To promise to pay that debt, you must sign and file a reaffirmation agreement with the court. Reaffirmation agreements-

- must be voluntary;
- must not place too heavy a burden on you or your family;
- must be in your best interest; and
- can be canceled anytime before the court issues your discharge or within 60 days after the agreement is filed with the court, whichever gives you the most time.

If you are an individual and you are not represented by an attorney, the court must hold a hearing to decide whether to approve the reaffirmation agreement. The agreement will not be legally binding until the court approves it.

If you reaffirm a debt and then fail to pay it, you owe the debt the same as though there was no bankruptcy. The debt will not be discharged and the creditor can take action to recover any property on which it has a lien or mortgage. The creditor can also take legal action to recover a judgement against you.

IF YOU WANT MORE INFORMATION OR HAVE ANY QUESTION ABOUT HOW BANKRUPTCY LAWS AFFECT YOU, YOU MAY NEED LEGAL ADVICE. THE TRUSTEE IN YOUR CASE IS NOT RESPONSIBLE FOR GIVING YOU LEGAL ADVICE.

## DUTY TO REPORT AND DISCLOSE FULL AND ACCURATE INFORMATION:

**Current Assets** - I understand that I am required to disclose all of the assets that I now own including but not limited to all of my real estate, household goods and furnishings, jewelry, guns, tools, cars, boats, trailers, campers, ATV's, life insurance policies, and any other property I have an ownership interest in, even if it does not have any appreciable value. I have been advised that if I intentionally omit any assets, I will be in jeopardy of having my bankruptcy case dismissed and my discharged revoked, and in extreme cases could face criminal charges of bankruptcy fraud.

**Potential Assets** - I also understand that I am required to disclose any potential assets such as a personal injury suit or workers compensation claim, class action lawsuit or small claims suit even if I have not yet retained an attorney or decided to pursue a claim for damages.

I have reviewed all the information on the documents prepared on my behalf to file my bankruptcy and I have independently certified that all the information is both accurate and complete.

I have been advised that if there is information that is omitted or incorrect, I will be in jeopardy of having my bankruptcy case dismissed and my discharge revoked. I further understand that in extreme cases, I could face criminal charges of bankruptcy fraud in which the penalties can be five years in federal prison and up to a $250,000.00 in fines per violation.

**CREDIT COUNSELING AND FINANCIAL MANAGEMENT CLASSES:** Before your case can be filed with the Bankruptcy Court, the Bankruptcy Code mandates that you participate in credit counseling. This counseling will be arranged for you by The Attorney, but you will be required to pay the fee for the class. Before you can receive a discharge from your debts, the Bankruptcy Code mandates that you attend a Financial Management Class. Information about this class will be provided to after your petition is filed by The Attorney. I understand that while The Attorney will remind me do to this, it is MY responsibility to complete this Class, or I will not receive a discharge of my debts.

**FIRST MEETING OF CREDITORS:** You will soon receive a notice from the court giving you the date, time and location of your First Meeting of Creditors. You (and your spouse, if you have filed jointly) must attend this meeting, or the court will dismiss your case. The meeting is usually scheduled for about 30 –60 days from the date your petition is filed, and can only be rescheduled in the event of a dire emergency. The trustee will require you to provide a picture ID and proof of social security number at your 341 meeting. Acceptable picture IDs include a valid driver's license, a government-issued picture ID card, a U.S. passport, a government employee photo ID card, a military photo ID card, a legal resident alien card or a student ID card. Acceptable proof of your SSN would be a social security card or an original W-2 for the most recent tax year. An insurance card, other than a Medicare card, is not sufficient proof of your social security number.

**ADDING CREDITORS:** If, after filing your bankruptcy, you realize that you have forgotten to list one or more creditors, it may be possible to add them after the filing of the case. The Court charges $___ per schedule each time you add one or more creditors. You may add as many creditors as necessary on any given schedule at one time for that $___ fee per schedule. This fee must be paid at the time you provide the bills to our office. You must add bills within 15 days of your signing appointment in order to allow us adequate time to prepare the amended schedules for your signature and filing with the court. If you do not add any forgotten creditors to your bankruptcy within the given time period, the debt will not be eliminated. Please note that the debts you wish to add must have been incurred BEFORE you filed your bankruptcy petition. If you order a credit report that arrives after the bankruptcy has been filed, it will be your responsibility to go through the credit report and check it against the creditors listed in your bankruptcy to determine if there are any that need to be added to your bankruptcy.

**NOTICES FROM THE COURT**: Over the course of your bankruptcy, you may occasionally receive notices from the Court giving you information on hearings. <u>Except for the Meeting of Creditors, you will probably not need to go to any hearings. If you will need to be at a hearing, we will notify you in writing on our letterhead, by phone or email.</u>

**LIEN AVOIDANCE**: I understand that if I have any judgment liens against me, the creditor may have filed a memorandum of judgment with the county/circuit clerk, which may have resulted in a lien against a property that I currently own, or may attach to a property that I own in the future. I understand that if I do not conduct a search with the circuit/county clerk and provide my attorney with a copy of any lien or memorandum of judgment on file, that my attorney will not be able to review and take possible steps to remove the lien (if this option is available in my case. I acknowledge that if I fail to provide any memorandum of judgment that could be avoided before my case is discharged and closed, I will be responsible to pay the fees to reopen my bankruptcy case in order to take this action if I choose to have the lien removed.
I also acknowledge that the above applies to judgment liens only. I understand that statutory and/or consensual liens cannot be avoided.

**UTILITIES**: Although the past due amounts on your utilities may have been wiped out by the Chapter 7, you do need to continue to pay your current monthly utility bills directly to those companies as they become due. The utility companies do have the right to require a deposit from you before they re-establish your service, but they must stop billing you for the past due amounts listed in your petition.

**REAFFIRMATION AGREEMENTS**: Some of your creditors may send out a "Reaffirmation Agreement" for you to sign. If you choose to reaffirm on the debt (i.e., pay off the debt as previously agreed in order to keep the collateral), please sign the agreement and return it to us <u>AND KEEP MAKING YOUR PAYMENTS</u>. If you choose not to reaffirm, you will need to contact us to make arrangements to surrender any collateral. Please do not sign any reaffirmation agreements that you have received from somewhere other than our office, without talking to us first. An income and budget statement for you to fill out will be attached to the reaffirmation agreement, and if it does not appear that you will be able to make the payments, you will have to appear before a judge to explain why you wish to reaffirm this debt and how you will be able to make these payments.

<u>I understand that the Attorney will not be working with my creditors to negotiate reaffirmation agreements on my behalf and that I will have to appear before a judge to explain why I wish to reaffirm this debt.</u> Further, I understand that my payments on any secured merchandise and/or real estate must be current in order for me to be able to reaffirm the debt and keep the merchandise and/or real estate. I also understand that if the secured creditor did not properly secure their lien on the merchandise and/or real estate, the trustee may void the lien and I could lose the secured merchandise and/or real estate if this occurs.

**SALE OR TRANSFER OF ASSETS**: <u>YOU ARE NOT ALLOWED TO SELL OR TRANSFER THEM WITHOUT THE PERMISSION OF THE TRUSTEE.</u>

**EFFECT OF BANKRUPTCY ON EXISTING CREDIT CARDS**: I understand that all credit cards in my name alone or jointly with another person will very likely be cancelled, regardless of whether there is an outstanding balance on the credit card when my bankruptcy is filed. I also understand that any benefits from those credit cards will also very likely be cancelled.

**SURRENDERING SECURED PROPERTY**: If you decided to allow a creditor to take back their collateral, you can contact them to make the arrangements for the return. You can either return it yourself to where it was purchased, or the creditor can come to your home to pick it up. If the creditor is to come to your home, and they have not been there in what <u>you</u> would consider a reasonable amount of time, <u>the collateral does not become yours to sell; it still belongs to the creditor.</u> Please notify us and we will follow up with the creditor.

If you are surrendering a vehicle or other piece of personal property, it is your responsibility to maintain insurance until such time as the collateral is in the possession of the creditor.

If you are surrendering a piece of real estate, you are advised to maintain at least liability insurance on the property until such time as the mortgage company completes the foreclosure process and the state court enters an order approving the foreclosure sale. You are also responsible for whatever upkeep of the property is required by your local authorities in order to avoid being ticketed and/or otherwise fined. Also you will remain responsible for any homeowners association fees or dues (if any) until the sale is confirmed.

**CHANGE IN INCOME, JOB, ADDRESS, PHONE NUMBER OR EMAIL ADDRESS**: I understand and acknowledge that it is MY responsibility to promptly notify The Attorney with any change in income, job, address, telephone number or email address. from now until my case is closed. I understand and acknowledge that if I do not inform The Attorney of changes to this information, it may cause my case to be dismissed and/or my assets to be lost.

**RELEASE OF FULL SOCIAL SECURITY NUMBER**: I authorize The Attorney to release my social security number to creditors when necessary to access my accounts and deal with creditors on my behalf.

**EFFECT OF NONCOMPLIANCE AND/OR DISMISSAL**: If you do not comply with the laws laid out in the Bankruptcy Code or any orders issued by the Bankruptcy Court, your case will be dismissed, and/or your discharge revoked. If your case is dismissed and you choose to file another bankruptcy, the Bankruptcy Code places limitations on the amount of protection you will receive from your creditors. In extreme cases, you could face felony charges of bankruptcy fraud for failure to disclose all assets and/or liabilities in your bankruptcy petition, or for other noncompliance with your Chapter 7 Trustee or the Bankruptcy Court.

**CRIMINAL CHARGES AND CRIMINAL ISSUES**: I have informed my attorney of any and all criminal charges that have been filed against me or that might be filed against me, however unlikely. I understand that failure to disclose this information to my attorney prior to filing my bankruptcy could significantly damage my ability to defend against those charges.

**LAWSUITS INVOLVING FRAUD, MALFEASANCE, BREACH OF FIDUCIARY DUTY OR INTENTIONAL HARM.** I have informed my attorney of any and all lawsuits that have been filed or could be filed that in any manner involve any of these issues. I understand that failure to disclose this information to my attorney prior to filing my bankruptcy could lead to criminal charges filed against me and denial of my discharge.

**AUDIT ACKNOWLEDGEMENT**

I/We have been advised that at least one out of every 250 bankruptcy cases filed will be selected for audit by the United States Trustee Programs. These Audits will be focused on determining the accuracy, veracity and completeness of petitions, schedules and other information provided in my bankruptcy petition and schedules.

The Office of United States Trustee will send a letter to my attorney indicating the documents that must be produced o the auditing firm. These documents include, but are not limited to, the following:

Pay stubs for the six calendar months prior to filing;

Two years of federal tax returns, including any schedules and forms;

Account statements for all depository and investment accounts for the six calendar months preceding the date of the filing of the petition, plus the month in which the petition was filed, along with sufficient documentation to reasonably explain the source of deposits or credits, and the purpose of checks, withdrawals or debits; and,

A copy of any divorce decree and/or property settlement entered within the last three years and any current child support/alimony obligation involving the debtor.

I/We understand that I will have 21 days to provide the audit firm with the requested documents and that I must cooperate with the audit firm and provide records to the auditor. I/We understand that my/our discharge may be revoked if I/we does not satisfactorily explain the failure to make available all documents or property requested by the audit firm.

**IF YOU HAVE ANY QUESTIONS**: Please feel free to contact our office if you have questions regarding your case. You will be able to speak to the paralegal working on your case and if the paralegal cannot answer your questions, she will contact the attorney to get in touch with you. If at any time, you would prefer to speak to your attorney, please let our call center know when you call into the office. You should keep any papers you receive in connection with your case for up to 10 years after your case is discharged.

**I HAVE RECEIVED A COPY OF THE CHAPTER 7 REMINDER & ACKNOWLEDGMENT SHEET AND HAVE REVIEWED IT WITH MY ATTORNEY.**