Holly Roark (SBN 7143)
ROARK LAW OFFICES
950 Bannock St. Ste. 1100
Boise, ID 83702
T (208) 536-3638
F (310) 553-2601
holly@roarklawboise.com
*Counsel for Mary Greenberg, Interested Party/Sole Shareholder*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO – POCATELLO DIVISION

| In Re: | Case No. 20-40866-JMM |
|---|---|
| Nelson Ricks Cheese Company, Inc., | Chapter 11 |
| Debtor. | |

## OBJECTION TO EMPLOYMENT APPLICATION OF AARON J. TOLSON (DOCKET NO. 20)

**COMES NOW** Mary Greenberg, the 100% sole shareholder of the Debtor, Nelson-Ricks Cheese Company, Inc. ("Debtor") by and through her attorney, Holly Roark, and objects to the employment application of Aaron J. Tolson (Docket No. 20) for the reasons set forth herein.

### I.

### STATEMENT OF FACTS

1.    This Subchapter V Chapter 11 case was filed on November 9, 2020. The Voluntary Petition was signed by Michael Greenberg, but it does not say in what capacity he signed the Petition for the Debtor.

2.    On November 9, 2020, Aaron J. Tolson filed his Employment Application (Docket No. 9).

3.    On November 19, 2020, Aaron J. Tolson filed his Amended Employment Application as Docket No. 20.

---

**OBJECTION TO EMPLOYMENT APPLICATION OF AARON J. TOLSON (DOCKET NO. 20) -** 1

4.  On November 25, 2020, Movant filed her Motion to Dismiss this corporate bankruptcy case (Docket No. 23) because Michael Greenberg is not a person authorized to file the Debtor in a bankruptcy. Only Mary Greenberg, as 100% sole shareholder of the Debtor, has the authority to execute documents on behalf of the company and to vote and make resolutions, which she did not do. *See* Declaration of Mary Greenberg filed in support of the Motion to Dismiss, incorporated herein by this reference. (Docket 23, Greenberg Decl., ¶3, Exhibit B, p. 2, meeting minutes, resolution). This Objection relies on the same underlying facts and evidence as those set forth in the Motion to Dismiss the bankruptcy case.

5.  On June 18, 2013, as sole shareholder of Nelson-Ricks Cheese Company, Inc. with 100% voting rights, Ms. Greenberg held a corporate meeting and signed the minutes which resolved the following: that Michael Greenberg would serve as President, that Kirk Mackert would serve as Vice President, that Ms. Greenberg would serve as Secretary and Treasurer, and that she was authorized to execute on behalf of the corporation any documents, purchase agreements, notes, or contracts or banking agreements as necessary on behalf of the company. Attached to the Greenberg Decl. as Exhibit B is a true and correct copy of the Minute Book, Certificate Book and Stock Ledger or Nelson-Ricks Cheese Company, Inc. *See* page 2 (meeting minutes, resolutions). Greenberg Decl., ¶3.

6.  Mary Greenberg does not consent to Nelson-Ricks Cheese Company, Inc. employing Aaron Tolson for this bankruptcy case. Just as there has been no quorum, meeting, vote, authorized proxy vote, or resolution to file the bankruptcy case, there has likewise been no quorum, meeting, vote, authorized proxy vote, or resolution to hire Aaron Tolson to represent the company in a bankruptcy case, and she does not intend to propose or ratify his employment. (Greenberg Decl., ¶9).

## II.

## LEGAL ARGUMENT

7.  Although 11 U.S.C. §327 governs the hiring of professional persons, such as attorneys, as a threshold matter, any action taken by a company, such as hiring counsel, must be

---

**OBJECTION TO EMPLOYMENT APPLICATION OF AARON J. TOLSON (DOCKET NO. 20)** - 2

undertaken by a person with authority to do so on behalf of the company. *See generally*, Title 30 of the Idaho Code.

8. Pursuant to Idaho Code 30-29-801(a), "[E]ach corporation must have a board of directors." IC 30-29-801(a), and "Except as may be provided in an agreement authorized under section 30-29-732, Idaho Code, and subject to any limitation in the articles of incorporation permitted by section 30-29-202(b), Idaho Code, all corporate powers shall be exercised by or under the authority of the board of directors, and the business and affairs of the corporation shall be managed by or under the direction, and subject to the oversight of the board of directors."

9. On June 18, 2013, a board meeting was held, as evidenced by the minutes signed by Mary Greenberg as the sole shareholder duly authorized to vote and call a meeting, wherein it is resolved that she is "authorized to execute on behalf of the corporation any documents, purchase agreements, notes, or contracts or banking agreements as necessary on behalf of the company." *See* Exhibit B, p. 2 to the Greenberg Decl., Docket No. 23. There have been no other resolutions made to grant authority to any other person to execute any documents on behalf of the company.

10. Although the Bylaws of the company are unsigned, it is clear in Section 5 that only a majority of shares constitute a quorum, and since Ms. Greenberg owns all of the shares, only she constitutes a quorum, and therefore only she has authority to vote to hire counsel for the company. *See* Greenberg Decl., ¶4., Exh. B pp. 35-47. *See also* I.C. 30-29-721 ("Only shares are entitled to vote.").

11. Furthermore, pursuant to I.C. 30-29-8, any action taken by the company without a meeting can only be taken "if each director signs a consent describing the action to be taken and delivers it to the corporation." No meeting was taken to hire Aaron J. Tolson on behalf of the company, and Mary Greenberg did not sign any consent to hire Aaron J. Tolson.

12. Mary Greenberg did not give Michael Greenberg any authority to hire counsel for the company or to file the company in bankruptcy. She is the sole shareholder of the Debtor, and

---

**OBJECTION TO EMPLOYMENT APPLICATION OF AARON J. TOLSON (DOCKET NO. 20) - 3**

the only one with voting authority. She did not vote to hire counsel, or to file the company in bankruptcy.

13.     Accordingly, Michael Greenberg has not been authorized to hire Aaron J. Tolson on behalf of Nelson-Ricks Cheese Company, Inc., or to have him file this bankruptcy case on behalf of the company. As a result, Mr. Tolson is not authorized to be employed by the Debtor.

### III.
### RELIEF REQUESTED

For the reasons set forth herein, supported by the related pleadings on file with the Court, including the declaration of Mary Greenberg, and the Exhibits thereto, as well as the documents and records on file in this case, Aaron J. Tolson's Application for employment, Docket No. 20, should be denied.

November 25, 2020                                               ROARK LAW OFFICES

                                                                _____
                                                                Holly Roark,
                                                                Attorney for Mary Greenberg

---

**OBJECTION TO EMPLOYMENT APPLICATION OF AARON J. TOLSON (DOCKET NO. 20) - 4**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 25, 2020, I filed the forgoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Holly Roark on behalf of Debtors/Debtors-in-possession holly@roarklawboise.com, courtnotices@roarklawoffices.com
US Trustee ustp.region18.bs.ecf@usdoj.gov
Andrew Seth Jorgensen: Andrew.jorgensen@usdoj.gov
Aaron J. Tolson ajt@aaronjtolsonlaw.com
Gary L. Rainsdon trustee@filertel.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Mailing Matrix

/s/ *Holly Roark*
_____
Holly Roark

```
Label Matrix for local noticing          Beard St Clair                           Mary Greenberg
0976-4                                   2105 Coronado Street                     13734 Nelson Ave.
Case 20-40866-JMM                        Idaho Falls, ID 83404-7495               City of Industry, CA 91746-2048
District of Idaho
Pocatello
Wed Nov 25 16:21:35 MST 2020

Greenberg Cheese/Felton                  Intermountain Gas Company                James R. Felton
1600 Ventura BLVD                        1051 N. 16 E                             16000 Ventura Blvd. Ste 1000
Encino, CA 91436                         Rexburg, ID 83440                        Encino, CA 91436-2762


Andrew Seth Jorgensen                    Lakeview Cheese col                      Magic Valley Quality Milk Producers
Office of the U.S. Trustee               3030 N. Lamb Blvd.                       c/o Timothy J. Stover
720 Park Blvd., Ste. 220                 Las Vegas, NV 89115-3495                 PO Box 1428
Boise, ID 83712-7785                                                              Twin Falls, ID 83303-1428


Nelson Ricks Cheese Company, Inc.        Noelle M. Halaby                         Peter Hermes
1051 North 16th East                     Law Office of Noelle M. Halaby           HERMES LAW GROUP
Sugar City, ID 83448-5027                130 North Brand Blvd. Ste 200            3580 Wilshire Blvd. Ste 1500
                                         Glendale, CA 91203-2617                  Los Angeles, CA 90010-2516


Gary L Rainsdon                          Holly Roark                              (p)PACIFICORP
POB 506                                  Roark Law Offices                        ATTN BANKRUPTCY
Twin Falls, ID 83303-0506                950 Bannock St. Ste. 1100                PO BOX 25308
                                         Boise, ID 83702-6140                     SALT LAKE CITY UT 84125-0308


Aaron J Tolson                           Travelers                                US Trustee
2677 E. 17th Street Suite 300            PO Box 660317                            Washington Group Central Plaza
Ammon, ID 83406-6612                     Dallas, TX 75266-0317                    720 Park Blvd, Ste 220
                                                                                  Boise, ID 83712-7785


William J. Glucksman
301 North Canon Dr. Ste 306
Beverly Hills, CA 90210-4722
```

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Rocky Mountain Power                     End of Label Matrix
PO Box 26000                             Mailable recipients    18
Portland, OR 97256                       Bypassed recipients     0
                                         Total                  18
```