Holly Roark (SBN 7143)
ROARK LAW OFFICES
950 Bannock St. Ste. 1100
Boise, ID 83702
T (208) 536-3638
F (310) 553-2601
holly@roarklawboise.com
*Counsel for Mary Greenberg, Interested Party/Sole Shareholder*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO – POCATELLO DIVISION

| In Re: | Case No. 20-40866-JMM |
|---|---|
| Nelson Ricks Cheese Company, Inc., | Chapter 11 |
| Debtor. | |

# NOTICE OF HEARING

TO THE DEBTOR, THE UNITED STATES TRUSTEE, THE APPOINTED SUBCHAPTER V TRUSTEE, AND TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Sole Shareholder of the Debtor, Mary Greenberg, has scheduled a hearing before the Honorable Judge Joseph M. Meier, by Telephone on the following:

**Motion for Order Re: Automatic Stay (Docket No. 29)**

The hearing is scheduled for December 28, 2020, at 10:00 a.m. To participate in this hearing, please call 1-877-336-1829. The access code is 5781287# and the Security Code is 1234#.

A copy of the Motion is on file with the Court and is served with this Notice.

December 1, 2020                                    ROARK LAW OFFICES

                                    /s/      Holly Roark_____

                                    Holly Roark,
                                    Attorney for Mary Greenberg, Sole
                                    Shareholder

**NOTICE OF HEARING - 1**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 1, 2020, I filed the forgoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Holly Roark on behalf of Debtors/Debtors-in-possession holly@roarklawboise.com, courtnotices@roarklawoffices.com
US Trustee: ustp.region18.bs.ecf@usdoj.gov
Andrew Seth Jorgensen: Andrew.jorgensen@usdoj.gov
Aaron J. Tolson ajt@aaronjtolsonlaw.com
Gary L. Rainsdon trustee@filertel.com
David W. Gadd on behalf of Creditor Magic Valley Quality Milk Producers, Inc. dwg@magicvalleylaw.com, ccb@magicvalleylaw.com;mks@magicvalleylaw.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:
Via first class mail, postage prepaid addressed as follows:

Innovative Food Solutions USA LLC
Gibby Group, LLC & Affiliates
872 E. Pebble Drive
Burley, ID 83313

AND

Mailing Matrix


/s/ *Holly Roark*

_____
Holly Roark

---

**NOTICE OF HEARING - 2**

```
Label Matrix for local noticing          Beard St Clair                           David W. Gadd
0976-4                                   2105 Coronado Street                     Worst, Fitzgerald & Stover, P.L.L.C.
Case 20-40866-JMM                        Idaho Falls, ID 83404-7495               905 Shoshone St. N.
District of Idaho                                                                 P.O. Box 1428
Pocatello                                                                         Twin Falls, ID 83303-1428
Tue Dec  1 16:04:39 MST 2020

Mary Greenberg                           Greenberg Cheese/Felton                  Idaho State Tax Commission
13734 Nelson Ave.                        1600 Ventura BLVD                        PO Box 36
City of Industry, CA 91746-2048          Encino, CA 91436                         Boise, ID 83722-0036


Intermountain Gas Company                James R. Felton                          Andrew Seth Jorgensen
1051 N. 16 E                             16000 Ventura Blvd. Ste 1000             Office of the U.S. Trustee
Rexburg, ID 83440                        Encino, CA 91436-2762                    720 Park Blvd., Ste. 220
                                                                                  Boise, ID 83712-7785


Lakeview Cheese col                      Magic Valley  Quality Milk Producers, Inc.   Magic Valley Quality Milk Producers
3030 N. Lamb Blvd.                       c/o Worst, Stover, Gadd & Spiker PLLC    c/o Timothy J. Stover
Las Vegas, NV 89115-3495                 PO Box 1428                              PO Box 1428
                                         Twin Falls, ID 83303-1428                Twin Falls, ID 83303-1428


Nelson Ricks Cheese Company, Inc.        Noelle M. Halaby                         Peter Hermes
1051 North 16th East                     Law Office of Noelle M. Halaby           HERMES LAW GROUP
Sugar City, ID 83448-5027                130 North Brand Blvd. Ste 200            3580 Wilshire Blvd. Ste 1500
                                         Glendale, CA 91203-2617                  Los Angeles, CA 90010-2516


Gary L Rainsdon                          Holly Roark                              (p)PACIFICORP
POB 506                                  Roark Law Offices                        ATTN BANKRUPTCY
Twin Falls, ID 83303-0506                950 Bannock St. Ste. 1100                PO BOX 25308
                                         Boise, ID 83702-6140                     SALT LAKE CITY UT 84125-0308


Aaron J Tolson                           Travelers                                US Trustee
2677 E. 17th Street Suite 300            PO Box 660317                            Washington Group Central Plaza
Ammon, ID 83406-6612                     Dallas, TX 75266-0317                    720 Park Blvd, Ste 220
                                                                                  Boise, ID 83712-7785


William J. Glucksman
301 North Canon Dr. Ste 306
Beverly Hills, CA 90210-4722
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Rocky Mountain Power
PO Box 26000
Portland, OR 97256
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Magic Valley Quality Milk Producers, Inc.    End of Label Matrix
c/o Worst, Stover, Gadd & Spiker, PLLC          Mailable recipients   21
PO Box 1428                                     Bypassed recipients    1
Twin Falls, ID 83303-1428                       Total                 22
```