Aaron J. Tolson, Esq.
TOLSON & WAYMENT, PLLC
2677 E. 17th Street, Suite 300
Ammon, Idaho, 83406
Email: ajt@aaronjtolsonlaw.com
Telephone: 208-228-5221
Fax: 208-228-5200
I.S.B. #6558

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-40866 |
| NELSON RICKS CHEESE COMPANY ) | |
| ) | Chapter 11 (Sub-Chapter 5) |
| ) | |
| Debtor in Possession. ) | |
| _____) | |

**OBJECTION TO MOTION TO DISMISS**

Debtor, by and through its attorney of record, objects to the *Motion to Dismiss* (Docket No. 23) as follows:

1.  Michael Greenberg has the ability to file in this case for the Debtor as shown by the attached documents.

The *Motion to Dismiss* should respectfully be dismissed.

DATED this 26th day of December, 2020.

_____
Aaron J. Tolson
Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 28, 2020, I filed a copy of the attached document with the Court via CM/ECF and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

Matthew W Grimshaw    matt@grimshawlawgroup.com, ID22@ecfcbis.com

Andrew Seth Jorgensen    andrew.jorgensen@usdoj.gov

Jason Ronald Naess    Jason.r.naess@usdoj.gov

Gary L Rainsdon    trustee@filertel.com, id12@ecfcbis.com;lori@filertel.com;cblackburn@filertel.com;jhancock@filertel.com

Lewis Nishioka Stoddard    lewis@hwmlawfirm.com, judianne@ecf.courtdrive.com;meghan@hwmlawfirm.com;jessica@hwmlawfirm.com

Aaron J Tolson    ajt@aaronjtolsonlaw.com

US Trustee    ustp.region18.bs.ecf@usdoj.gov

I further certify that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

_____
Aaron J. Tolson
Attorney at Law



# WAIVER OF NOTICE OF ANNUAL MEETING OF SHAREHOLDERS

## OF

## Nelson-Ricks Cheese Company, Inc.

We, the undersigned, constituting all of the shareholders of the above named Corporation, do hereby waive notice of the time and place of the Annual Meeting of Shareholders, and of any adjournment or adjournments thereof, and consent that the meeting be held at:

Place: Idaho Falls, Idaho

Date: November 5, 2020

Time: 4 pm.

We do further agree and consent to the transaction of any business which may properly be brought before such meeting.

Dated: Nov. 5, 2020

Michael J. Greenberg Sr.
Shareholder None
Shareholder None
Shareholder None

As President, CEO and owner of 100% of the stock in Nelson-Ricks Cheese Company Inc., I am authorized to and have Nelson Ricks Cheese Company Inc. file Chapter 11 Bankruptcy.

President / CEO
Nelson Ricks Cheese Company

ATTACH CANCELLED CERTIFICATE HERE

| | |
|---|---|
| CERTIFICATE NO: 1   FOR _____ SHARES | USE FORM BELOW FOR TRANSFER FROM ORIGINAL ISSUE |
| ISSUED TO _____ | FROM WHOM TRANSFERRED: _____ |
| | DATED _____ |
| | ORIGINAL CERTIFICATE NUMBER | NUMBER ORIGINAL SHARES | NUMBER OF SHARES TRANSFERRED |
| DATED _____ | |
| RECEIVED CERTIFICATE NO. _____ FOR _____ SHARES | RECORD OF TRANSFER OF SURRENDER CERTIFICATE |
| THIS _____ DAY OF _____ | NEW CERTIFICATES ISSUED TO: | NUMBER OF SHARES TRANSFERRED | NUMBER OF NEW CERTIFICATES |
| | DATED _____ |

TRANSFER LEDGER   FORMS   IRS DOCUMENTS















# State of Idaho
## Office of the Secretary of State

### CORPORATION REINSTATEMENT CERTIFICATE

I, LAWERENCE DENNEY, Secretary of State of the State of Idaho, do hereby certify that NELSON-HICKS CHEESE COMPANY, INC., file number C 187046, a corporation organized under the laws of the State of Idaho, was administratively dissolved on June 12, 2015, for failure to file the required annual report form by the date due.

I FURTHER CERTIFY That the corporation has on November 13, 2015, been reinstated on the records of this office, and that its corporate powers or its right to do business in the State of Idaho are hereby reserved.

Dated: November 13, 2015

SECRETARY OF STATE







# NELSON-RICKS CHEESE COMPANY, INC.
## MINUTES OF THE MEETING

### BANKING RESOLUTION

**WHEREAS**, the Board of Directors has determined it to be in the best interest of the Corporation to establish a banking resolution with Wells Fargo Bank.

**RESOLVED**, that the Corporation execute and deliver to said bank a duly signed original of the completed banking resolution as is annexed thereto, and that the authority to transact business, including but not limited to the maintenance of savings, checking and other accounts as well as borrowing by the Corporation, shall be as contained in said resolution with the named officers therein authorized to so act on behalf of the Corporation as specified hereto.

The undersigned hereby certifies that he/she is the duly elected and qualified Secretary and the custodian of the books and records and seal of **Nelson-Ricks Cheese Company, Inc.**, a corporation duly formed pursuant to the laws of the state of Idaho and that the foregoing is a true record of a resolution duly adopted at a meeting of the and that said meeting was held in accordance with state law and the bylaws of the above-named Corporation and that said resolution is now in full force and effect without modification or rescission.

**IN WITNESS WHEREOF**, I have executed my name as Secretary and have hereunto affixed the corporate seal of the above-named Corporation this __11__ day of June, 2013.

X _____
Mary Greenberg, Secretary

(Corporate Seal)



# NELSON-RICKS CHEESE COMPANY, INC.

### Minutes of the Meeting

(W) 6/1/2013
S/B
50% each

Mary Greenberg, the ~~sole~~ and only shareholder duly called the meeting which was held this day on behalf of Nelson-Ricks Cheese Company, Inc., a closely held corporation.

shareholders meet

The said ~~Shareholder~~ voting 100% of ~~her~~ outstanding shares directed that the following Resolutions be certified and adopted:

ME
mary to
Have this
Corrected

**RESOLVED**, that these Resolutions are hereby duly adopted in full accordance with the Articles of Incorporation for Nelson-Ricks Cheese Company, an Idaho Corporation, in good standing.

**RESOLVED**, that Michael Greenberg will serve as President.

**RESOLVED**, that Kirk Mackert will serve as Vice President.

**RESOLVED**, that Mary Greenberg will serve as Secretary.

**RESOLVED**, that Mary Greenberg will serve as Treasurer.

**RESOLVED**, that Mary Greenberg, Secretary, is authorized to execute on behalf of the corporation any documents purchase agreements, notes, or contracts or banking agreements as necessary on behalf of the company.

**IN WITNESS WHEREOF**, and with approval, the undersigned have hereunto affixed the corporate seal of the above-named Corporation on this 18th day of June, 2013

X _____

Mary Greenberg, Secretary, Nelson Ricks Cheese Company, Inc.

(Corporate Seal)

Minute Book

Certificate Book

and

Stock Ledger

of

# Nelson-Ricks Cheese Company, Inc.

A Corporation Incorporated
Under the Laws of
The State of Idaho

CorpKit, NY ©

6-11-2015



