Holly Roark (SBN 7143)
ROARK LAW OFFICES
950 Bannock St. Ste. 1100
Boise, ID 83702
T (208) 536-3638
F (310) 553-2601
holly@roarklawboise.com

*Counsel for Mary Greenberg, interested party/sole shareholder*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO – POCATELLO DIVISION

| In Re:<br><br>Nelson Ricks Cheese Company, Inc.,<br><br>Debtor. | Case No. 20-40866-JMM<br>Chapter 11 |
|---|---|

### MARY GREENBERG'S EXHIBIT LIST

COMES NOW Mary Greenberg and hereby submits her list of exhibits that may be called at the hearing on Aaron J. Tolson's Amended Employment Application (Docket No. 20); Mary Greenberg's Motion to Dismiss Chapter 11 Case (Docket No. 23); and Mary Greenberg's Motion for Order re: Automatic Stay (Docket No. 29), presently scheduled to commence on Tuesday, January 12, 2021, at 1:30 p.m. at the United States Courthouse, 550 W. Fort Street, Boise, Idaho via Zoom.

Mary Greenberg requests, under the Federal Rules of Evidence, Rule, 201, that this Court take judicial notice of all documents filed in this case, including those which are listed as Exhibits.

Mary Greenberg retains the right to offer additional exhibits in rebuttal to the exhibits and testimony offered by other parties.

DATED: January 5, 2021                                   Roark Law Offices

                                                        /s/Holly Roark
                                                        HOLLY ROARK,
                                                        Counsel for Mary Greenberg

---

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that ON January 5, 2021, I filed the forgoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- Andrew Seth Jorgensen on behalf of U.S. Trustee US Trustee andrew.jorgensen@usdoj.gov

- Gary L Rainsdon trustee@filertel.com, id12@ecfcbis.com;lori@filertel.com; cblackburn@filertel.com;jhancock@filertel.com

- Holly Roark on behalf of Interested Party Mary Greenberg holly@roarklawboise.com, courtnotices@roarklawoffices.com

- Evan Thomas Roth on behalf of Creditor Magic Valley Quality Milk Producers, Inc. evan@sawtoothlaw.com

- Aaron J Tolson on behalf of Debtor Nelson Ricks Cheese Company, Inc. ajt@aaronjtolsonlaw.com

- US Trustee ustp.region18.bs.ecf@usdoj.gov

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via email:

- Andrew Seth Jorgensen on behalf of U.S. Trustee US Trustee andrew.jorgensen@usdoj.gov

- Gary L Rainsdon trustee@filertel.com, id12@ecfcbis.com;lori@filertel.com; cblackburn@filertel.com;jhancock@filertel.com

- Aaron J Tolson on behalf of Debtor Nelson Ricks Cheese Company, Inc. ajt@aaronjtolsonlaw.com

- Jason Ness jason.r.naess@usdoj.gov

Via first class mail, postage prepaid addressed as follows:

N/A


/s/  <u>Holly Roark</u>
Holly Roark

---

MARY GREENBERG'S EXHIBIT LIST
– 2

# BANKRUPTCY COURT
## Exhibit List

**SUBMITTED BY:** Holly Roark, attorney for Mary Greenberg

| **CASE NAME:** Nelson Ricks Cheese Company, Inc. | **COURT DATE:** 1/12/2021 | **CASE NUMBER:** 20-40866-JMM |
|---|---|---|
| **Debtor:** Nelson Ricks Cheese Company, Inc. | **Creditor/Trustee:** Mary Greenberg | |
| **Debtor's Counsel:** Aaron J. Tolson | **Counsel:** Holly Roark | |
| **Exhibit Nos.** 100-199 | **Exhibit Nos.** 200-299 | |
| **PRESIDING JUDGE:** Joseph M. Meier | **Matter before the Court:** Dkts, 20, 23, 29 | |

| EXHIBITS NOS. | Date | ADMITTED | DESCRIPTION |
|---|---|---|---|
| 200 | | | Declaration of Expert Witness, Beth Chrisman |
| 201 | | | Debtor's Petition, Schedules and Statements |
| 202 | | | 2015 Nelson-Ricks Cheese Company, Inc. Tax Return |
| 203 | | | Minutes of the Meeting dated 6/18/13 |
| 204 | | | Minutes of the Meeting Banking Resolution dated 6/11/13 |
| 205 | | | Articles of Incorporation - Nelson-Ricks Cheese Company, Inc. |
| 206 | | | Minute Book Certificate Book & Stock Ledger of NRCC Inc. |
| 207 | | | Application for Reinstatement NRCC Inc. dated 7-7-17 |
| 208 | | | Reinstatement Annual Report Form NRCC Inc. dated 7-7-17 |
| 209 | | | Corporation Reinstatement Certificate |
| 210 | | | Buyer's Settlement Statement - NRCC Asset Acquisition LLC |
| 211 | | | Request for Orders - CA Family Court |

Updated June 11, 2013