UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:                              )
                                    )   Case No. 20-40866-JMM
NELSON RICKS CHEESE                 )
COMPANY, INC.,                      )   Chapter 11, Subchapter V
                                    )
          Debtor.                   )

ORDER APPROVING STIPULATION ON DISPOSITION OF RETURNED
ATTORNEY FEE AND RETAINER FUNDS

The United States Trustee's Motion for Return of Debtor's Counsel's Fees (the "§ 329 Motion," Dkt. No 56) came before the Court for hearing on March 10, 2021, during which the Court considered the § 329 Motion, Mary Greenberg's Limited Opposition to United States Trustee's § 329 Motion (the "Objection," Dkt. No. 66), and the Stipulation (Dkt. No. 74) filed by the Parties to address the Motion, Objection, and related matters.

Gary Rainsdon as the Subchapter V Trustee, Aaron Tolson as the attorney paid to file the above-captioned bankruptcy, Holly Roark on behalf of Mary Greenberg as the 100% Shareholder of Nelson Ricks Cheese Company, Inc., and Andrew Jorgensen on behalf of the United States Trustee appeared at the March 10, 2021, hearing. The Court being fully advised; the Objection being resolved or withdrawn; after due deliberation and for the reasons stated on the record at the March 10, 2021, hearing in the Court's oral findings and conclusions; and other good cause appearing, therefore,

**IT IS HEREBY ORDERED,**

1.     Aaron Tolson will return $8,283.00 of money paid to him for attorney fees in this matter (whether remaining in his trust account or already deducted from a retainer for pre-petition services). The $8,283.00 figure represents the $10,000.00 retainer received (*see* Dkt. Nos. 10 and 20), less the $1,717.00 paid as a filing fee.

1

2.  Aaron Tolson will return the $8,283.00 by:

    a.  Sending $2,838.60 to Gary Rainsdon, the Subchapter V Trustee. This is the amount of Mr. Rainsdon's fees and costs, which are approved by separate Order of this Court.

    b.  Sending $5,444.40 to Nelson Ricks Cheese Company, Inc., c/o Mary Greenberg. The $5,444.40 amount is the balance of the initial retainer amount after deduction of the filing fee and the $2,838.60 in trustee fees and costs.



DATED:  March 12, 2021

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Order submitted by Andrew S. Jorgensen,
Trial Attorney, U.S. Trustee's Office

Approved as to form:

/s/ Gary Rainsdon (email authorization)
Gary Rainsdon
Subchapter V Trustee

/s/ Holly Roark (email authorization)
Holly Roark
Attorney for Mary Greenberg, as
the 100% Shareholder of Nelson Ricks Cheese Company, Inc.

/s/ Aaron Tolson (email authorization)
Aaron Tolson